[No. 17659–5–I. Division One. July 14, 1986.]

JOSEPH THURMOND, ET AL, *Appellants,* v. LIBERTY
MUTUAL INSURANCE COMPANY, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–08889–3, Frank J. Eberharter, J., entered

June 28, 1985. *Reversed* and *remanded* by unpublished per curiam opinion.